# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JACKIE LAMBERT (#109947)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 10-777-BAJ-DLD

## RULING

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 8, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claims asserted against Crystal Moore, Lt. McDowell and Laura Wolf are dismissed for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. The defendants' Motion for Summary Judgment (doc. 48) is granted, dismissing plaintiff's claims asserted against the defendants, James LeBlanc, Deptartment of Corrections and Public Safety, R.E. Barrow, Jr. Treatment Center, Charles Matherne, Odis Ratcliff, Tim Delany, Unknown Hooker, Barrett Boeker, Katie Ard, Unknown Blue, Unknown Roundtree, and Glen Ellis, without prejudice, for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, but with prejudice to the refiling of these

same claims in forma pauperis.  The defendants' pending motions to dismiss (docs. 12,

22, and 39) are denied as moot, and this action shall be dismissed.

Baton Rouge, Louisiana, August __31__, 2011.


BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA